# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| v. } | 2:24-cr-00130-MHH-NAD-2 |
| } | |
| MICHAEL ANTHONY PIPPENS, } | |
| } | |
| Defendant. } | |

## MEMORANDUM OPINION AND ORDER

Mr. Pippens has asked the Court to suppress statements he allegedly made to FBI Special Agent Reis during a November 7, 2023 interview regarding property allegedly stolen from the Hibbett Sports Distribution Center in Shelby County, Alabama in the Northern District of Alabama. (Doc. 22). After conducting an evidentiary hearing concerning Mr. Pippens's motion to suppress, (Doc. 59), the Magistrate Judge entered a report in which he recommended that the Court deny the motion, (Doc. 61). The Magistrate Judge advised the parties of their right to file specific written objections within 14 days. (Doc. 61, p. 22). To date, the Court has not received objections from either party.

Having reviewed the transcript of the suppression hearing and the Magistrate Judge's report, the Court adopts the Magistrate Judge's report and accepts his

recommendation. Accordingly, the Court denies Mr. Pippens's motion to suppress statements he made to Special Agent Reis during a November 7, 2023 interview because the government has established by a preponderance of the evidence, based on the totality of the circumstances surrounding the interview, that Mr. Pippens's statements were voluntary.

The Clerk shall please TERM Docs. 22 and 61.

**DONE** and **ORDERED** this December 3, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE